JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RODRIGUEZ, | Case No. 8:25-cv-01787-DFM |
| Plaintiff, | Hon. Judge Douglas F. McCormick |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., and LVNV FUNDING, LLC, | [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendant. | |

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, DOES HEREBY ORDER that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: ___May 15_____, 2026

_____
Douglas F. McCormick
United States Magistrate Judge

1